JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN CANO,<br><br>    Petitioner,<br><br>    v.<br><br>J. DOERER, Warden,<br><br>    Respondent. | Case No. CV 23-0674 JLS (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action for Lack of Jurisdiction and Denying Request for IFP Status as Moot,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: May 12, 2023

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE